IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| Mark Fitzhenry, individually and on behalf of a class of all persons and entities similarly situated,<br><br>                     Plaintiff,<br><br>vs.<br><br>Fifth Third Bank,<br><br>                     Defendant. | Civil Action No. 2:14-cv-02076-DCN<br><br>**NOTICE OF SETTLEMENT** |

      Plaintiff Mark Fitzhenry and Defendant Fifth Third Bank, by and through their counsel, hereby notify the Court that the Parties have reached a settlement of this action, and they will execute a settlement agreement within 10 days of the filing of this Notice of Settlement. As part of the settlement, Plaintiff will cause the action to be dismissed. Thus, the status conference set for December 16, 2014, is not necessary.

      Respectfully submitted,

[*signature pages attached*]

Plaintiff,

/s/Lance S. Boozer
Lance S. Boozer
The Boozer Law Firm, LLC
807 Gervais Street
Suite 203
Columbia, SC 29201
Tele:  803-608-5543
Fax:   803-926-3463
lsb@boozerlawfirm.com

Edward A. Broderick
Anthony Paronich
Broderick Law, P.C.
125 Summer St., Suite 1030
Boston, MA  02110
(617) 738-7080
ted@broderick-law.com
anthony@broderick-law.com
*Subject to Pro Hac Vice*

Matthew P. McCue, Esq.
The Law Office of Matthew P. McCue
1 South Avenue, Suite 3
Natick, Massachusetts 01760
(508) 655-1415
(508) 319-3077 *facsimile*
mmccue@massattorneys.net
*Subject to Pro Hac Vice*

NELSON MULLINS RILEY & SCARBOROUGH LLP


By: /s/Carmen Harper Thomas
    Carmen Harper Thomas
    Federal Bar No. 10170
    E-Mail: carmen.thomas@nelsonmullins.com
    B. Rush Smith III
    Federal Bar No. 5031
    E-Mail: rush.smith@nelsonmullins.com
    1320 Main Street / 17th Floor
    Post Office Box 11070 (29211-1070)
    Columbia, SC  29201
    (803) 799-2000

Attorneys for Fifth Third Bank

Columbia, South Carolina
December 9, 2014