IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| Mark Fitzhenry, individually and on behalf of a class of all persons and entities similarly situated, | ) ) ) ) | Civil Action No.  2:14-cv-02076-DCN |
| Plaintiff, | ) ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| vs. | ) ) | |
| Fifth Third Bank, | ) ) | |
| Defendant. | ) ) | |

Pursuant to Rule 41(a)(1)(A)(ii), FRCP, the Parties hereby stipulate to the dismissal with prejudice of Plaintiff's Complaint (ECF No. 1).  Each party will bear its own costs.

Respectfully submitted,

[*signature pages attached*]

Plaintiff,

/s/ Lance S. Boozer
Lance S. Boozer
The Boozer Law Firm, LLC
807 Gervais Street
Suite 203
Columbia, SC 29201
Tele:  803-608-5543
Fax:   803-926-3463
lsb@boozerlawfirm.com

Edward A. Broderick
Anthony Paronich
Broderick Law, P.C.
125 Summer St., Suite 1030
Boston, MA  02110
(617) 738-7080
ted@broderick-law.com
anthony@broderick-law.com
*Subject to Pro Hac Vice*

Matthew P. McCue, Esq.
The Law Office of Matthew P. McCue
1 South Avenue, Suite 3
Natick, Massachusetts 01760
(508) 655-1415
(508) 319-3077 *facsimile*
mmccue@massattorneys.net
*Subject to Pro Hac Vice*

NELSON MULLINS RILEY & SCARBOROUGH LLP


By: /s/Carmen Harper Thomas
    Carmen Harper Thomas
    Federal Bar No. 10170
    E-Mail: carmen.thomas@nelsonmullins.com
    B. Rush Smith III
    Federal Bar No. 5031
    E-Mail: rush.smith@nelsonmullins.com
    1320 Main Street / 17th Floor
    Post Office Box 11070 (29211-1070)
    Columbia, SC  29201
    (803) 799-2000

Attorneys for Fifth Third Bank

Columbia, South Carolina
December 10, 2014

3